UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 21-3768-MWF(JCx)**               Dated: **October 29, 2021**

Title:    Salem Rosales -*v*- Luxury Optical Holdings Co., et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                             None Present

PROCEEDINGS (IN CHAMBERS) COURT ORDER

In light of the Mediation Report [18] filed October 26, 2021, the Court sets a hearing on Order To Show Cause Re Dismissal for January 10, 2022 at 11:30 a.m. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated.

IT IS SO ORDERED.

MINUTES FORM 90                                        Initials of Deputy Clerk __rs__
CIVIL - GEN