JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALEM ROSALES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LUXURY OPTICAL HOLDINGS CO. d/b/a MORGENTHAL FREDERICS, a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: CV 21-3768-MWF (JCx)<br><br>USDC Judge: Michael W. Fitzgerald<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL WITH PREJUDICE, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br>Complaint filed:    May 04, 2021 |

///

///

///

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

On November 8, 2021, Plaintiff filed a notice of voluntary dismissal with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) [Dkt. 20].

Upon due consideration, good cause appearing, the Court DISMISSES this action with prejudice as to Plaintiff's individual claims. Each party must bear its own costs and attorneys' fees. The Clerk of Court shall terminate all pending motions and deadlines, and close the case.

**IT IS SO ORDERED.**

DATED:  November 12, 2021          By: _____
                                        MICHAEL W. FITZGERALD
                                        United States District Judge